# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HANNAH KASS, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *   CIVIL ACTION FILE |
| LT. KELVIN RAMIREZ, | *   NO.: 1:24-CV-02095-TWT |
| OFFICER CORY BEIERMANN, | * |
| DET. BRIAN RANDOLPH THOPMSON, | * |
| | * |
| Defendants. | * |
| | * |

## ORDER ON JOINT MOTION TO STAY PLAINTIFF'S CIVIL CASE UNTIL THE CONCLUSION OF PLAINTIFF'S CRIMINAL CASE

Before the Court is Joint Motion to Stay Plaintiff's Civil Case Until The Conclusion of Plaintiff's Criminal Case. Good Cause having been shown, the motion is GRANTED and it is hereby ORDERED that the civil case is stayed until the conclusion of Plaintiff's pending criminal case in Fulton County Superior Court.

All other deadlines will be adjusted accordingly upon notice to the Court that the criminal case has concluded.

SO ORDERED this 26th day of November, 2024.

_____
HONORABLE THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE